AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ELIJAH THOMAS,

    Plaintiff,

                v.

PILGRIM PRIDE CORPORATION - PAYROLL OFFICER,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:22-cv-45

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 27, 2023, Defendant's motion to dismiss is granted, and Plaintiff's complaint is dismissed with prejudice. This case stands closed.

Approved by: _____

    HON. LISA GODBEY WOOD
    UNITED STATES DISTRICT JUDGE
    SOUTHERN DISTRICT OF GEORGIA

2/27/23
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020