# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## Waycross Division

| | |
|---|---|
| ELIJAH THOMAS, | ) |
| Plaintiff/Appellant, | ) |
| v. | ) 5:22cv045 |
| PILGRIM PRIDE CORPORATION, Payroll Officer, | ) |
| Defendant/Appellee. | ) |

## **ORDER**

The judgment of this Court having been affirmed by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This _26_ day of July, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA